STATE OF INDIANA )       IN THE LAKE COUNTY SUPERIOR/CIRCUIT COURT
) SS:
COUNTY OF LAKE )       CAUSE NO.:

GWENDOLYN WITHERSPOON, )
)
           Plaintiff, )
)
vs. )
)
WALMART, INC., )
)
           Defendant. )

## COMPLAINT FOR DAMAGES & JURY DEMAND

NOW COMES the Plaintiff, Gwendolyn Witherspoon, by and through her attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and for her complaint against the Defendant, Walmart, Inc., alleges and states as follows:

1. At all times relevant, Plaintiff, Gwendolyn Witherspoon ("Plaintiff"), was a resident of the City of Chicago, County of Cook, State of Illinois.

2. At all times relevant, the Defendant, Walmart, Inc. ("Defendant") was a Delaware Corporation regularly conducting business within the State of Indiana and with corporate offices located at 702 S. W. 8th Street, Bentonville, AR. 72716.

3. At all times relevant, the Defendant, and/or its subsidiaries, owned, operated, controlled, possessed and/or maintained a Walmart Supercenter, store #4631, located at 1100 5th Avenue, Hammond, Indiana 46320.

4. On or about June 21, 2020, Plaintiff was a business invitee and lawfully on the premises of the Walmart Supercenter #4631 located at 1100 5th Avenue, Hammond, Indiana 46320.

5.  On or about June 21, 2020, Plaintiff was injured while shopping on the Defendant's premises when she slipped on a grape, causing her to fall.

6.  At all times pertinent, Plaintiff was exercising reasonable care for her safety and was free from contributory negligence.

7.  At all times pertinent, the Defendant, through its agents and/or employees, owed a duty of reasonable care to persons lawfully on its premises, including the Plaintiff, Gwendolyn Witherspoon.

8.  At all times pertinent, it was the duty of the Defendant, its agents and/or employees, to maintain its premises in a reasonably safe manner, free from hazards and dangerous conditions, of which it knew, or should have known.

9.  Defendant breached this duty and was negligent in one or more of the following ways:

    a.  Failing to provide a good, safe and proper place for the Plaintiff to be, use, or occupy, while lawfully on the subject premises;

    b.  Carelessly and negligently operating, managing, maintaining, inspecting, and controlling the premises, and items on the premises, over which it controlled;

    c.  Failing to maintain the premises, and items on the premises, in a reasonably safe condition;

    d.  Failing to properly warn customers, including the Plaintiff, of the dangerous condition when Defendant knew, or should have known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of the plaintiff and others on the premises;

    e.  Failing to follow its policies and procedures for inspecting, maintaining,

removing, replacing, reorganizing, and/or re-shelfing items on display on the premises;

  f. Was otherwise careless and/or negligent.

10. As a result of the negligence of Defendant, its agents and/or employees, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff Gwendolyn Witherspoon respectfully prays that judgment be entered in her favor and against the Defendant Walmart, Inc., that damages be awarded in an amount to be proven at trial, plus costs of bringing the present action, and all other relief, just and proper in the premises.

## JURY DEMAND

Plaintiff, by and through counsel, hereby requests a trial by jury on all issues so triable.

Respectfully submitted,

BY: /s/ Mandy Grace
Mandy Grace, #36475-49
*Attorney for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S Western Ave. Chicago, IL 60643
T: 773-779-9885
f: 773-373-2375
service@McCreadyLaw.com

3

## CERTIFICATE OF MAILING

I hereby certify that on the <u>2nd</u> day of <u>August</u>, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, WALMART, INC., by certified mail, requesting a return receipt, at the address furnished by the plaintiff.   Tracking number: 7021 2720 0002 5901 4288

Dated: <u>August 2, </u>, 2022.

By: *Mandy Grace*

Mandy J. Grace, #36475-49
McCready, Garcia & Leet, P.C.
10001 S. Western Avenue
Chicago, IL  60643
773-779-9885
Attorney for Plaintiff

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

Clerk, Lake County Superior/Circuit Court
By: _____
Deputy